AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

LAWANA ALBIN
706 CRANBROOK DRIVE
PRATTVILLE, AL

**WARRANT FOR ARREST**

Case Number:   2:06CR213-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LAWANA ALBIN__
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to Distribute a Controlled Substance; Controlled Substance-Sell, Distribute or Dispence/Aiding & Abetting;

in violation of Title __21: 18:__ United States Code, Section(s) __846, 841; 2__

__DEBRA P. HACKETT__                                    _/s/ Kelli Gregg_
Name of Issuing Officer                                       Signature of Issuing Officer

__CLERK OF COURT__                                    SEPTEMBER 8, 2006, MONTGOMERY, ALABAMA
Title of Issuing Officer                                       Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |