COURTROOM DEPUTY MINUTES       DATE: 9/14/2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 2:31 - 2:43 pm
2:44 - 2:51 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: McPherson      DEPUTY CLERK: sql

CASE NO.: 2:06CR213-MEF      DEFT. NAME: Lawana ALBIN

USA: Cooke      ATTY: Butler

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (x) CDO
( ) Stand In ONLY

(USPTSO)/USPO: Wood

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES  NAME: ____

- [x] kars.    Date of Arrest ____ or [ ] karsr40
- [x] kia.     Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl.   Deft. First Appearance with Counsel
- [ ]          Deft. First Appearance without Counsel
- [ ]          Requests appointed Counsel  [ ] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. Financial Affidavit executed [ ] to be obtained by PTSO
- [x] koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]          Deft. Advises he will retain counsel. Has retained ____
- [ ]          Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]          Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg.  **Detention Hearing** [ ] held; [ ] set for ____
- [ ] kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls. Release order entered. Deft. advised of conditions of release
- [ ] kbnd.    [ ] BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR)
               [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ]          Preliminary Hearing [ ] Set for ____
- [ ] ko.     Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl. Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]          Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [x] karr.   ARRAIGNMENT SET FOR: ____ [x] HELD. Plea of **NOT GUILTY** entered.
              [ ] Set for ____ Trial Term; [ ] **PRETRIAL CONFERENCE** DATE: 10-13-06
              **DISCOVERY DISCLOSURES DATE:** 9-20-06
- [ ] krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. Identity/Removal Hearing set for ____
- [ ] kwvspt  **Waiver of Speedy Trial Act Rights Executed**