| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 10/16/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:36 - 9:37 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr213-MEF    **DEFENDANT(S):** Christine Albin
                                                                              Lawana Albin

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| | * | |
| Karl David Cooke, Jr. | | Jennifer Hart - Lawana Albin |
| | | Daniel Gary Hamm - Christine Albin |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**    Complete; may be additional discovery ; Government
                                            Should let defendants know by the end of today

❏ **PENDING MOTION STATUS:**    None

❏ **PLEA STATUS:**
                                            **Possible Plea for both defendants**

❏ **TRIAL STATUS**    3 Days for Trial
                                    3/12/07 Trial Term

❏ **REMARKS:**