IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. : 2:06cr213-MEF |
| | ) | |
| CHRISTINE ALBIN | ) | |
| LAWANA ALBIN | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 16 October 2006, before the undersigned Magistrate Judge.  Present at this conference were Attorney Daniel Gary Hamm (Christine Albin) and Federal Defender Jennifer Hart (Lawana Albin) , counsel for the defendants, and Assistant United States Attorney Karl David Cooke, Jr., counsel for the government.  As a result of the conference, it is

ORDERED as follows:

1.  Jury selection is set for 12 March 2007.  The trial of this case is set for the trial term commencing on 12 March 2007, before U.S. District Judge Mark E. Fuller and is expected to last  three trial days.

2.   There are no motions currently pending.

3.  Proposed voir dire questions shall be filed on or before 5 March 2007.  Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.  All motions in limine shall be filed on or before 5 March 2007.  Motions in limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

5.  Proposed jury instructions shall be filed on or before 5 March 2007.

6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on 28 February 2007.  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on 12 March 2007.  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on 12 March 2007, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE this 24th day of October, 2006.


/s/ Vanzetta Penn McPherson
`                               VANZETTA PENN MCPHERSON
                                UNITED STATES MAGISTRATE JUDGE