IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 2:06cr213-MEF |
| ) | |
| CHRISTINE ALBIN ) | |
| LAWANA ALBIN ) | |

## **ORDER**

Based upon this court's order setting the trial in the above-styled case for March 12, 2007, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 9:00 a.m. on February 16, 2007 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 14th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE