IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-213-MEF |
| | ) | |
| LAWANA ALBIN | ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner filed on February 13, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Lawana Albin, to Tom Halasz, DEA, and/or Doug Walters, DEA, on February 14, 2007, through May 14, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tom Halasz, DEA, and/or Doug Walters, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Done this the 14th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE