**COURTROOM DEPUTY'S MINUTES**                           **DATE:** 2/16/07

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording:   9:13 - 9:21**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.    DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:   2:06cr213-MEF**        **DEFENDANT(S):** Carlos Badillo, Christine Albin,
                                                                 Lawana Albin, Kelly McDougal

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | **Timothy Halstrom-Carlos Badillo** |
| **Susan Redmond** | | **Christine Freeman -  Lawana Albin** |
| | | **(Standing in For Jennifer Hart)** |
| | | **Daniel Gary Hamm -Christine Albin** |
| | * | **Crowell DeBardeleben-Kelly McDougal** |
| | * | |

❏ **DISCOVERY STATUS:**            **Complete**

❏ **PENDING MOTION STATUS:**   **Badillo-Oral Motion for Detention**

❏ **PLEA STATUS:**            **Possible Plea as to all defendants**

❏ **TRIAL STATUS**
                              **3/12/07 Trial Term**

❏ **REMARKS: Parties to file a Joint Motion to Continue by 2/2l/07 which is unopposed by the Government.**

**Negotiations and additional proffers ongoing; Defendant Lawana Albin may file a motion to sever if needed.**

Case 2:06-cr-00213-MEF-WC    Document 75    Filed 02/16/2007    Page 2 of 2