IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA,        )
                                 )
v.                               )        CASE NO. : 2:06cr213-MEF
                                 )
**CHRISTINE ALBIN**              )
**LAWANA ALBIN**                 )

## ORDER

Based upon this court's order resetting the trial in the above-styled case from July 9,

2007, to October 15, 2007, and for good cause, it is

ORDERED that counsel for the parties shall appear for a pretrial conference on

September 14, 2007, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States

Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 20th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE