IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 2:06-cr-213-MEF |
| | ) | |
| **LAWANA ALBIN** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **LAWANA ALBIN**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge.

The plea agreement in this case will be entered pursuant to F.R.Cr.P. 11(c)(1)(C).

Dated this 20th day of September 2007.

Respectfully submitted;

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Lawana Albin
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                       **s/Christine A. Freeman**
                                       **CHRISTINE A. FREEMAN**
                                       **TN BAR NO.: 11892**
                                       Attorney for Lawana Albin
                                       Federal Defenders
                                       Middle District of Alabama
                                       201 Monroe Street, Suite 407
                                       Montgomery, AL 36104
                                       TEL:  (334) 834-2099
                                       FAX:  (334) 834-0353
                                       E-Mail: Christine_Freeman@fd.org