IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-213-MEF |
| | ) | |
| LAWANNA ALBIN | ) | |

MOTION FOR DOWNWARD DEPARTURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5K1.1, and Title 18, United States Code, Section 3553(e), respectfully requests this Honorable Court to downwardly depart four (4) levels, in the sentence that would otherwise be imposed on Defendant Lawanna Albin, and as reasons therefore, submits the following:

1. The United States herein states that the Defendant has provided substantial assistance in investigations of federal narcotics law violations in the Middle District of Alabama.

2. The United States submits that it will consider a further motion for downward departure pursuant to Federal Rules of Procedure, Rule 35, should the Defendant continue to cooperate with federal agents and the United States, and be ready, willing and able to testify in trials of the violators of federal law.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range. This motion seeks a departure of four (4) levels.

Respectfully submitted this the 11th day of December, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7138
        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-213-MEF |
| | ) | |
| LAWANNA ALBIN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7138
susan.redmond@usdoj.gov