# United States District Court

## for

## Middle District of Alabama

RECEIVED
2008 MAY 20 A 10: 33

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Lawana Albin                     Case Number: 2:06cr213-MEF

Name of Releasing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Release: 09/14/2006

Original Offense: Conspiracy to Distribute Methamphetamine and Cocaine

Type of Release: Pretrial Release pending voluntary surrender on July 8, 2008

Conditions of Release: Travel restricted to the Middle District of Alabama; Refrain from possession of a firearm, destructive device or other dangerous weapon; Refrain from excessive use of alcohol; Refrain from any use or unlawful possession of narcotic drug or other controlled substances; Submit to any method of drug testing; Participate in drug treatment if deemed advisable; Refrain from obstructing with substance abuse testing; Report any contact with law enforcement and Refrain from possession of any type of drug paraphernalia.

Assistant U.S. Attorney: Susan Redmond                Defense Attorney: Christine Freeman

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| (n) Do not possess a firearm, destructive device or other dangerous weapon. | Officers with the Autauga County Sheriff's Department received information from a confidential source that the defendant was distributing marijuana and prescription medications from her residence. On Monday, May 12, 2008, officers with the Prattville Police Department conducted a search of the offenders residence, at which time they located two handguns in the residence. |
| (u) Report as soon as possible any contact with any law enforcement personnel. | On Monday, May 12, 2008, officers with the Prattville Police Department conducted a search of the offenders residence. The offender has failed to notify this officer of her contact with law enforcement. |

Supervision history of defendant and actions taken by officer:

The offender was released on bond with pretrial supervision on September 14, 2006. The defendant entered a plea of guilty on September 25, 2007. On January 9, 2008, she was sentenced to 50 months custody of the Bureau of Prisons, with 5 years of supervised release to follow. The defendant was allowed to remain on bond pending her voluntary surrender to the designated institution on July 8, 2008. The defendant has had no prior violations during her term of pretrial release.

U.S. Probation Officer Recommendation:

[X]     The term of release should be:
        [X]     revoked.

[ ]     The conditions of supervision should be modified as follows:

                                                        Respectfully submitted,

                                        by      /s/ Tamara C. Martin

                                                Tamara C. Martin
                                                U.S. Probation Officer
                                                Date: May 13, 2008


Reviewed and approved:   /s/ Sandra G. Wood
                         Supervisory U.S. Probation Officer


THE COURT ORDERS:

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

                                                _____
                                                Signature of Judicial Officer

                                                20 May 2008
                                                _____
                                                Date