IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO: 2:06cr213-MEF |
| ) | |
| LAWANA ALBIN ) | |

### ORDER ON MOTION

On May 22, 2008 the court conducted an Initial Appearance and Hearing on the petition to revoke the defendant's bond (Doc. # 174). For reasons stated on the record, it is

ORDERED that the petition is GRANTED and that the defendant's pretrial release be REVOKED. Accordingly, it is ORDERED that the defendant be remanded to the United States Marshal.

Done this 22nd day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE