AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | LAWANA ALBIN | Judgment — Page 2 of 6 |
| CASE NUMBER: | 2:06CR213-MEF-04 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Fifty (50) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

**RETURNED AND FILED**
**JUL 18 2008**
CLERK
U.S. DISTRICT COURT
M.D. OF ALA.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on **July 8, 2008**

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **6-30-08** to **FCI Tallahassee**
at **Tallahassee, FL**, with a certified copy of this judgment.

_P. Augustine Johnson_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL